**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3205-23

IN THE MATTER OF
SANYIKA MONTAGUE,

    Plaintiff-Respondent,

v.

BOARD OF EDUCATION
OF THE CITY OF NEWARK
IN THE COUNTY OF ESSEX,

    Defendant-Appellant.

_____

Submitted April 28, 2026 – Decided May 5, 2026

Before Judges Gilson, Firko and Perez Friscia.

On appeal from the Superior Court of New Jersey, Chancery Division, Essex County, Docket No. C-000044-24.

Adams Lattiboudere Croot & Herman, LLC, attorneys for appellant (Adam S. Herman, of counsel and on the briefs).

Zazzali, PC, attorneys for respondent (Colin M. Lynch, of counsel and on the brief).

PER CURIAM

We have been advised that this matter has been amicably resolved and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs to any party.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

*M.C. Harley*

Clerk of the Appellate Division

A-3205-23